PER CURIAM.
Affirmed. See State v. Martin, 635 So.2d 1036 (Fla. 3d DCA 1994); State v. Purifoy, 740 So.2d 29 (Fla. 1st DCA 1999); Thomas v. State, 748 So.2d 970 (Fla.1999); Bauta v. State, 698 So.2d 860 (Fla. 3d DCA 1997), review denied, 717 So.2d 528 (Fla.1998); Preston v. State, 342 So.2d 852 (Fla. 2d *1259 DCA 1977); Perez v. State, 566 So.2d 881 (Fla. 3d DCA 1990), review dismissed, 613 So.2d 9 (Fla.1992); Lee v. State, 770 So.2d 231 (Fla. 3d DCA 2000); Consalvo v. State, 697 So.2d 805 (Fla.1996), cert. denied, 523 U.S. 1109, 118 S.Ct. 1681, 140 L.Ed.2d 819 (1998); Goodwin v. State, 751 So.2d 537 (Fla.1999).